IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glen Velardi,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 07-627-TUC-RCC<br><br>**ORDER** |

　　　On February 9, 2009, the Honorable Jacqueline Marshall, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No.14). The Recommendation advised the Court to, issue an order to show cause and, if cause is not established, dismiss this action with prejudice..

　　　The Court considers the Recommendation (Docket No.14) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Marshall.

　　　DATED this 2nd day of March, 2009.

_____
Raner C. Collins
United States District Judge